CRIMINAL DEFENSE ASSOCIATES
ALAN BAUM, ESQ.
Cal. State Bar No. 42160
20700 Ventura Blvd., Suite 301
Woodland Hills, California 91364

Telephone: (818) 313-6800

Attorney for Defendant
KHOA DANG TRAN TO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KHOA DANG TRAN TO<br><br>Defendant. | CASE NO. CR-S-03-103 FCD<br><br>STIPULATION TO CONTINUE TRIAL CONFIRMATION HEARING; ORDER |

The parties, The United States of America, by and through Anne Pings, Assistant United States Attorney and the defendant, by and through his attorney of record, Alan Baum do STIPULATE as follows:

1. Although counsel for defendant has attempted to fully prepare for trial in this matter, certain esoteric issues in the area of immigration consequences have been extremely difficult to resolve. Furthermore, the discovery is voluminous in this case and has taken an extraordinary amount of time to organize and study. Additional investigation is necessary to be fully prepared for trial.

2. The matter is now set for Trial Confirmation Hearing on May 16, 2005 at 9:30 a.m. with a trial date of June 14, 2005. Counsel for defendant is scheduled to be in the United States District

Court for the Central District of California at 9:00 a.m. on May 16, 2005 for sentencing in the matter of U.S.A. vs Ryley, Case No. 04-01375.

3. The parties request the setting of a Status Conference on June 6, 2005, at 9:30 a.m., and that the trial date of June 14, 2005 be vacated. Not only will this give counsel for defendant additional needed time for preparation but will also give the parties additional time to discuss a plea agreement in the case. The parties request that time be tolled from May 16, 2005 to and including June 6, 2005 pursuant to 18 U.S.C § 3161 (h)(8)(B)(iv) and Local Code T4.

4. The interests of justice will be served by the Court's accepting this stipulation and entering an Order to this effect.

DATED: May 2, 2005

/s/ Alan Baum
Alan Baum, Attorney for Defendant

DATED:

McGregor W.Scott
United States Attorney

/s/ Anne Pings
by Anne Pings
Assistant United States Attorney

**ORDER**

For the reasons set forth above, this Court finds that the interests of the public in a speedy trial are outweighed by the interests of justice in permitting the requested time due to the need for counsel to prepare and for continuity of counsel. Accordingly, the parties request to vacate the Trial Confirmation Hearing set for May 16, 2005 and the trial date of June 14, 2005 is **GRANTED,** and the matter is set for Status Conference on June 6, 2005, at 9:30 a.m.

**IT IS FURTHER ORDERED** that time for trial pursuant to the Speedy Trial Act is **EXCLUDED** pursuant to Title 18, U.S.C. §3161 (h)(8)(B)(iv) and pursuant to Local Code T4.

DATED: May 4, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR
U.S. District Court Judge