CRIMINAL DEFENSE ASSOCIATES
ALAN BAUM, ESQ.
Cal. State Bar No. 42160
20700 Ventura Blvd., Suite 301
Woodland Hills, California 91364

Telephone: (818) 313-6800

Attorney for Defendant
KHOA DANG TRAN TO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KHOA DANG TRAN TO<br><br>    Defendant. | CASE NO. CR-S-03-103 FCD<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |

    The parties, The United States of America, by and through Anne Pings, Assistant United States Attorney and the defendant, by and through his attorney of record, Alan Baum do STIPULATE as follows:

    1. Certain issues in the area of immigration consequences remain extremely difficult to resolve. In addition, as previously stated, the discovery in this case is voluminous and has taken an extraordinary amount of time to organize and study. Upon completion, defendant will be properly advised of all his options in regards to a plea agreement in this matter.

    2. The matter is now set for a Status Conference Hearing on June 6, 2005 at 9:30 a.m. The parties respectfully request this Status Conference Hearing date be vacated. Not only will this give counsel for defendant additional needed time for preparation but will also give the parties additional

time to discuss a plea agreement in the case. The parties request that time be tolled from June 6, 2005 to and including June 20, 2005 pursuant to 18 U.S.C § 3161 (h)(8)(B)(iv) and Local Code T4

    3. The interests of justice will be served by the Court's accepting this stipulation and entering an Order to this effect.

DATED: June 2, 2005      /S/ Alan Baum
Alan Baum, Attorney for Defendant

McGregor W. Scott
United States Attorney

DATED: June 2, 2005      /S/ Anne Pings
by Anne Pings
Assistant United States Attorney

## ORDER

For the reasons set forth above, this Court finds that the interests of the public in a speedy trial are outweighed by the interests of justice in permitting the requested time due to the need for counsel to prepare and for continuity of counsel. Accordingly, the parties request to vacate the Status Conference Hearing set for June 6, 2005 is **GRANTED,** and the matter is set for Status Conference on June 20, 2005, at 9:30 a.m.

**IT IS FURTHER ORDERED** that time for trial pursuant to the Speedy Trial Act is **EXCLUDED** pursuant to Title 18, U.S.C. §3161 (h)(8)(B)(iv) and pursuant to Local Code T4.

DATED: June 3, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR
U.S. District Court Judge