1  ROBERT W. LYONS (CABN 45548)

2  LAW OFFICES OF ROBERT W. LYONS
   295 WEST WINTON AVENUE
3  HAYWARD, CA 94544
   TELEPHONE: (510) 782-6161
4  FACSIMILE: (510) 782-3519

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:03-cr-00103-FCD-8 |
| Plaintiff, | ORDER FOR SUBSTITUTION OF ATTORNEY |
| vs. | |
| KHOA DANG TRAN TO, | |
| Defendant | |

Upon the motion of Defendant herein, and good cause appearing therefore, it is hereby ordered that Robert W. Lyons, Attorney at Law, be substituted in place and instead of Alan Baum, Attorney at Law, as attorney for defendant.

Dated: June 24, 2005

　　　　　　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　HON. FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY  - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

[PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEY   - 2