1  ROBERT W. LYONS (CABN 45548)

2  LAW OFFICES OF ROBERT W. LYONS
   295 West Winton Avenue
3  Hayward, California 94544
   Telephone (510) 782-6161
4  Facsimile (510) 782-3519

5

                    UNITED STATES DISTRICT COURT
6
                    EASTERN DISTRICT OF CALIFORNIA
7
                              SACRAMENTO
8

9
UNITED STATES OF AMERICA, ,        ) Case No.: 2:03-cr-00103-FCD-8
10                                 )
           Plaintiff,              ) ORDER TO CONTINUE AND TO EXCLUDE TIME
11                                 )
     vs.                           )
12                                 )
KHOA DANG TRAN TO,                 )
13                                 )
           Defendant.              )
14                                 )

   **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the status conference
15
hearing currently scheduled for Monday June 27, 2005 is continued to Monday
16
July 25, 2005 at 9:30 a.m.
17
   **IT IS FURTHER ORDERED** that the period of delay from June 27, 2005, to
18
July 25,2005, be excluded for purposes of Speedy Trial Act computations
19
pursuant to Title 18, United States Code, Sections 3161 (h)(1)(G),
20
3161(h)(8)(A) and 3161 (h)(8)(B)(iv).  This exclusion provides counsel for
21
both parties reasonable time necessary for effective preparation and
22
continuity of counsel.  As such, the Court finds that the ends of justice
23
outweigh the interest of the public and the defendant in a speedy trial.
24
Dated: June 24, 2005                    /s/ Frank C. Damrell Jr.
25                                      HON. FRANK C. DAMRELL JR.
                                        United States District Judge

                      ORDER TO CONTINUE AND EXCLUDE TIME

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER TO CONTINUE AND EXCLUDE TIME

1