ROBERT W. LYONS (CABN 45548)
LAW OFFICES OF ROBERT W. LYONS
295 WEST WINTON AVENUE
HAYWARD, CA 94544
Telephone: 510-782-6161
Facsimile: 510-782-3519



FILED
JAN 2 3 2006
CLERK, U.S. DISTRICT COURT
...TERN DISTRICT OF CALIF...

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KHOA DANG TRAN TO,<br><br>Defendant | Case No.: 2:03CR00103-01 FCD<br><br>ORDER EXONERATING PROPERTY BOND |

The defendant's case has been adjudicated and the defendant has surrendered to serve his sentence on November 18, 2005, at FCI Lompoc, at Lompoc, California. Therefore, it is hereby ordered that the property located at 5501 Crystal Hill Way, Sacramento, California 95823, which was posted as security be exonerated.

It is so ORDERED:

Dated: 1/23/06

FRANK C. DAMRELL
UNITED STATES DISTRICT JUDGE

ORDER EXONERATING PROPERTY BOND - 1