ROBERT W. LYONS (CABN 45548)
LAW OFFICES OF ROBERT W. LYONS
295 WEST WINTON AVENUE
HAYWARD, CA 94544
Telephone:  510-782-6161
Facsimile:  510-782-3519


ATTORNEY FOR DEFENDANT KHOA TO


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:03CR00103-01  FCD |
| Plaintiff, | ORDER<br>EXONERATING CASH BOND |
| vs. | |
| KHOA DANG TRAN TO , | |
| Defendant | |

The defendant's case has been adjudicated and the defendant has surrendered to serve his sentence on

November 18, 2005, at FCI Lompoc, at Lompoc, California.  Therefore, it is hereby ordered that the cash bond,

Receipt No. 4629, in the amount of $5,600.00, which was posted as security be exonerated.  Upon exoneration, the

above amount shall be refunded and returned to Linda Tang, 4130 Horizon Lane, San Jose, California 95148.

IT IS SO ORDERED:

Dated:  March 30, 2006                                    /s/ Frank C. Damrell Jr.
                                                                        FRANK C. DAMRELL JR.
                                                                        UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25